101 F.3d 687
 NOTICE: THIS SUMMARY ORDER MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY, BUT MAY BE CALLED TO THE ATTENTION OF THE COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA. SEE SECOND CIRCUIT RULE 0.23.
 ACTIVE GLASS CORP., Petitioner-Appellant,
v.
ARCHITECTURAL AND ORNAMENTAL WORKERS LOCAL UNION 580,
International Association of Bridge, Structural and
Ornamental Iron Workers; Trustees of the Local Union 580 of
the International Association of Bridge, Structural and
Ornamental Iron Workers Pension Fund; Trustees of the Local
Union 580 of the International Association of Bridge,
Structural and Ornamental Iron Workers Vacation Fund;
Trustees of the Local Union 580 of the International
Association of Bridge, Structural and Ornamental Iron
Workers Annuity Fund; Trustees of the Local Union 580 of
the International Association of Bridge, Structural and Iron
Workers Apprentice-Journeyman Educational Fund; Trustees of
the Ornamental Institute of New York Fund; Trustees of the
Institute of the Ironworking Industry Fund; Glaziers Local
Union 1087, International Brotherhood of Painters and Allied
Trades; Trustees of Glass Industry Insurance Fund;
Trustees of Glaziers Local Union 1087 Pension Fund;
Trustees of Glaziers Local 1087 Vacation and Holiday Fund;
Trustees of Local 1087 Annuity Fund; Trustees of the Joint
Labor Management Apprenticeship and Training Committee of
the Glazing Industry; Trustees of Glaziers Local 1087
Supplementary Unemployment Disability Fund; District
Council of New York City and Vicinity of the United
Brotherhood of Carpenters and Joiners of America; Turstees
of District Council of New York City and Vicinity of the
United Brotherhood of Carpenters and Joiners of America
Welfare Fund; Trustees of District Council of New York City
and Vicinity of the United Brotherhood of Carpenters and
Joiners of America Pension Fund; Trustees of District
Council of New York City and Vicinity of the United
Brotherhood of Carpenters and Joiners of America Annuity
Fund; Trustees of District Council of New York City and
Vicinity of the United Brotherhood of Carpenters and Joiners
of America Apprenticeship, Journeymen Retraining, Education
and Industry Fund; Trustees of District Council of New York
City and Vicinity of the United Brotherhood of Carpenters
and Joiners of America Scholarship Fund; Trustees of
Carpenters Relief and Charity Fund; Trustees of New York
State Carpenters Labor-Management Fund, Respondents-Appellees.
 
 No. 95-9158.
 United States Court of Appeals, Second Circuit.
 June 25, 1996.
 Richard M. Greenspan, Ardsley, NY, for Appellant.
 Edward J. Groarke, Garden City, NY, for Appellees Local Union 580 and Trustees of Local Union 580 Funds.
 Robert P. O'Brien, Mineola, NY, for Appellees Glaziers Union and Glaziers Fund.
 William D. Frumkin, White Plains, NY, for Appellees District Council of N.Y. and Vicinity, United Brotherhood of Carpenters and Joiners and Carpenters Benefit Funds.
 Before KEARSE, MAHONEY and McLAUGHLIN, Circuit Judges.
 
 
 1
 This cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York, and was argued by counsel.
 
 
 2
 ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the order of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Leisure's Opinion and Order dated February 8, 1995.